IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv560-MHT |
| ) | (WO) |
| MARK ALAN CIEUTAT and GUY ) | |
| NAQUIN, ) | |
| ) | |
|     Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this complaint seeking damages for negligence, wantonness, and unlawful arrest and imprisonment in connection with his 2006 conviction, and contending that he is actually innocent of that crime. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's § 1983 claims be dismissed and that, to the extent plaintiff raises state-law claims, the court should decline to exercise supplemental jurisdiction over

those claims. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of November, 2017.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**