IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JEFFERY JAMES JACKSON,      )
                                )
     Plaintiff,          )
                                )      CIVIL ACTION NO.
     v.                  )       2:17cv560-MHT
                                )         (WO)
MARK ALAN CIEUTAT and GUY  )
NAQUIN,                 )
                                )
     Defendants.        )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(3) Plaintiff's claims pursuant to 42 U.S.C. § 1983 for unlawful arrest and imprisonment and for negligence and wantonness are dismissed with prejudice.

(4) To the extent plaintiff challenges the constitutionality of his conviction or claims that he is actually innocent, his claims are dismissed without prejudice to pursue those claims in an appropriate action.

(5) To the extent plaintiff attempts to bring pendent state-law claims, the court declines to exercise supplemental jurisdiction over those claims, and they are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE